DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL KLEIN** and **SHER KLEIN,**
Appellants,

v.

**AMERICAN LEARNING SYSTEMS, INC.,** a Florida corporation,
Appellee.

No. 4D18-1045

[December 5, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE 15-015921 (12).

Richard C. Wolfe of Wolfe Law Miami, P.A., Miami, and Alan G. Geffin and Christopher Perez-Gurri of GPG Law, Fort Lauderdale, for appellants.

John J. Shahady of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Am. Learning Sys., Inc. v. Gomes,* 199 So. 3d 1076 (Fla. 4th DCA 2016).

GROSS, MAY, JJ., and CARACUZZO, CHERYL, Associate Judge, concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*